The Honorable David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIMITRI VIZEN and KENDRA VIZEN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:23-cv-05151-DGE <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, INITIAL CASE SCHEDULING DEADLINES, AND SCHEDULING CONFERENCE** |

Upon consideration of the Joint Motion for Extension of Time to Answer or Otherwise Respond to Complaint, Initial Case Scheduling Deadlines, and Scheduling Conference filed by the United States, Dimitri Vizen, and Kendra Vizen, and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED.

///

///

///

///

///

///

///

Order Granting Joint Motion for Extension of Time to Answer or Otherwise Respond to Complaint, Initial Case Scheduling Deadlines, and Scheduling Conference
(Case No. 3:23-cv-05151-DGE)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

IT IS FURTHER ORDERED that the following deadlines and scheduling conference are extended by sixty (60) days as follows:

- Deadline to Answer or Otherwise Respond to Complaint: 07/21/2023
- Deadline for FRCP 26(f) Conference: 08/14/2023[1]
- Initial Disclosures Pursuant to FRCP 26(a)(1): 08/21/2023[2]
- Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) And Local Civil Rule 26(f): 08/28/2023[3]
- Scheduling Conference at 9:00 am PT via Zoom: 09/08/2023

Dated this 16th day of May, 2023.

David G. Estudillo
United States District Judge

*Presented By*:

RICHARD E. ZUCKERMAN
Deputy Assistant Attorney General

*s/ Yen Jeannette Tran*
YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3366 (v)
202-307-0054 (f)
y.jeannette.tran@usdoj.gov

*Attorney for the United States of America*

---

[1] The deadline is extended to the next day that is not a Saturday, Sunday, or legal holiday pursuant to Fed. R. Civ. P. 6(a)(1)(C).
[2] *Id.*
[3] *Id.*

Order Granting Joint Motion for Extension of Time to Answer or Otherwise Respond to Complaint, Initial Case Scheduling Deadlines, and Scheduling Conference
(Case No. 3:23-cv-05151-DGE)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366